SEALED

ORDERED UNSEALED on 02/04/2026 s/ BreanneC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

TRAVIS CHELBERG (1),
ANNA GUTIERREZ (2),

Defendants.

**Case No.** 26-mj-00151

COMPLAINT FOR VIOLATION OF:
21 U.S.C., Sec. 841(a)(1) – Possession with Intent to Distribute Methamphetamine (Felony); 18 U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm (Felony); 18 U.S.C., Sec. 924(c)(1) – Possession of a Firearm in Furtherance of Drug Trafficking (Felony)

The undersigned complainant being duly sworn states:

**COUNT ONE**

On or about January 16, 2025, within the Southern District of California, defendants TRAVIS CHELBERG and ANNA GUTIERREZ, knowing they had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT TWO**

On or about January 16, 2025, within the Southern District of California, defendants TRAVIS CHELBERG and ANNA GUTIERREZ did knowingly and intentionally possess with the intent to distribute 500 grams and more of a mixture or substance containing detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 84l(a)(l).

**COUNT THREE**

On or about January 16, 2025, within the Southern District of California, defendants TRAVIS CHELBERG and ANNA GUTIERREZ, in furtherance of a drug trafficking

crime, namely possession with intent to distribute methamphetamine as charged in Count Two, did knowingly possess a firearm; in violation of Title 18, United Sates Code, Section 924(c)(1).

James R. Gillis
James Gillis
Special Agent, DEA

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 13th day of January, 2026.

HON. KAREN S. CRAWFORD
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

On January 16, 2025, at approximately 5:10 p.m., investigators with the San Diego Police Department (SDPD) executed a residential search warrant at 219 Willie James Jones Avenue in San Diego (the "Residence"), which is within the Southern District of California. At the time of the search warrant execution, there were six adults and two juveniles in the Residence. Two of the adults in the Residence were identified as Travis CHELBERG and Anna GUTIERREZ.

A search of the Residence revealed, among other items, two firearms, eight loaded ammunition magazines, and approximately 1.9 pounds (860 grams) of methamphetamine—all located in the northeast bedroom of the Residence. The firearms were determined to be a 9mm Beretta handgun bearing serial number BER702968 and a 40mm Beretta handgun bearing serial number BER243663. The firearms were concealed in a trash bag on the floor of the northeast bedroom. Inside that trash bag were both a black plastic case containing the firearms and a blue plastic case containing the loaded ammunition magazines. Including the ammunition magazines seated in the firearms at the time of their seizure, investigators recovered a total of six magazines compatible with the 9mm Beretta and four magazines compatible with the 40mm Beretta.



*Beretta handguns (left) and loaded ammunition magazines (right)*

In the same area as the trash bag containing the firearms and loaded ammunition magazines was a backpack with the word "JORDAN" written on it. Inside the main

compartment of the backpack were three bags containing a crystalline substance, which later tested positive for the presence of methamphetamine. The small compartment of the backpack contained additional controlled substances, including blue "M30" pills that tested positive for the presence of fentanyl, two bags of a white chunky substance and a bag of a black tar substance.



*Methamphetamine from the main compartment (above) more suspected drugs from the backpack (below)*



The firearms, ammunition magazines, and a bag of the methamphetamine were processed for fingerprint and DNA evidence. Additionally, DNA samples were obtained from all six adults at the Residence at the time of the search warrant.

Analysis of DNA evidence obtained from the 9mm Beretta firearm and the compatible magazines revealed GUTIERREZ's DNA on the firearm and DNA for both GUTIERREZ and CHELBERG on at least two of the compatible magazines. Analysis of DNA evidence

obtained from the 40mm firearm and the compatible magazines revealed DNA from both GUTIERREZ and CHELBERG on both the firearm and at least one of the compatible magazines. Finally, analysis of the DNA evidence from the exterior of a Ziploc bag containing methamphetamine revealed DNA evidence from both GUTIERREZ and CHELBERG.

In addition to the forensic analysis, investigators obtained surveillance footage from the Residence. Surveillance cameras at the Residence recorded CHELBERG and GUTIERREZ entering the Residence carrying bags together at approximately 2.5 hours before the search warrant was executed. As they entered the Residence together, CHELBERG is recorded holding the "JORDAN" brand backpack later found to contain methamphetamine and other suspected controlled substances. In the still images from the surveillance camera included below, the "AN" on the "JORDAN" backpack can be seen. Also included on the next page is a still image from body worn camera during the search warrant execution showing where in the northeast bedroom the "JORDAN" backpack was first located.




*CHELBERG and GUTIERREZ entering the Residence and CHELBERG holding the "JORDAN" backpack.*



*Still image from body worn camera during the search warrant execution showing where in the northeast bedroom the "JORDAN" backpack was first located.*

Records checks on CHELBERG revealed the following criminal history:

| Conviction Date | Court of Conviction | Charge | Imprisonment |
|---|---|---|---|
| 10/27/1999 | CASC – San Diego | Cal. H&S §11379(a)—Transport Controlled Substance (Felony) | 8 Years Prison |
| 2/15/2000 | CASC – San Diego | Cal. P.C. §245(a)(2)—Assault with Firearm on Person (Felony) | 112 Months Prison |

Records checks on GUTIERREZ revealed the following criminal history:

| Conviction Date | Court of Conviction | Charge | Imprisonment |
|---|---|---|---|
| 8/20/2015 | CASC – San Diego | Cal. P.C. §487(a)—Theft of Money / Labor / Property (Felony) | 3 Years Probation |

Based on my training and experience, the amount of methamphetamine seized from the bag with CHELBERG and GUTIERREZ's DNA on the exterior is a distributable quantity. This is based upon a review of the totality of the evidence seized, which includes not only the possession of a large quantity of methamphetamine, but also the possession of additional controlled substances packaged in smaller quantities in preparation for distribution. In my experience, individuals involved in drug trafficking will frequently

possess a firearm to protect themselves, their drugs, and proceeds from drug sales. Here, the firearms were in the same bedroom as the methamphetamine, fentanyl, and other suspected controlled substances. Further, CHELBERG's and GUTIERREZ's DNA was recovered from the drugs, firearms, and ammunition magazines. Accordingly, the circumstances of possession of firearms and drugs in such immediate proximity is consistent with my training and experience of drug dealers possessing firearms together.

## **REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee or have a negative impact on this continuing investigation.